UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 17 P 12: 39

| | |
|---|---|
| ROBERT LAMSON, ROBERT NELSON, ROBERT CHERRY, JOSEPH T. COLLETT, ANTHONY ANASTASI, NICHOLAS CECERE, and KEVIN KELLY,<br>*Plaintiffs,*<br><br>vs.<br><br>RICHARD BLUMENTHAL, NANCY WYMAN, SUSAN COGSWELL, BARBARA WATERS, PETER BLUM, ROBERT D. BAUS, CARMEN BOUDIER, STEPHEN J. CALIENDO, CHARLES CASELLA, ROBERT D. COFFEY, THOMAS P. CULLEY, DAVID O. ELLIOT, MICHAEL FERRUCCI, EDWARD MARTH, STEVE PERRUCCIO, CLAUDE POULIN, RICHARD D. WILBER, LINDA J. YELMANI,<br>*Defendants.* | CIVIL ACTION NO.<br>3-00-CV-1274 (JCH)<br><br><br><br><br><br>OCTOBER 15, 2003 |

**OBJECTION TO**
**DEFENDANTS' RENEWED MOTION FOR COSTS**

The Plaintiffs in the above entitled matter hereby respectfully object to the Defendants'

Renewed Motion for Costs, for the reasons contained in the Memorandum of Law filed herewith.

THE PLAINTIFF

By_____
Christine E. Corriveau, their attorney
Miniter & Associates
147 Charter Oak Avenue
Hartford, CT 06106
860-560-2590 ct21212

## CERTIFICATION

      This is to certify that a copy of the foregoing has been mailed to the following counsel of record on October 15th, 2003.

A.A.G. Sharon A. Scully
P.O. Box 120
55 Elm Street
Hartford, CT 06141

_____
Christine E. Corriveau