UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PAUL LAMSON, ET AL

   VS.                                   CIVIL 3:00CV1274(EBB)

RICHARD BLUMENTHAL, ET AL

RULING ON DEFENDANTS' RENEWED MOTION FOR COSTS

Judgment entered for the defendants on July 24, 2002, after a ruling entered granting defendants' motion for summary judgment. Defendants filed a Motion for Costs on August 5, 2002. Plaintiffs filed a Notice of Appeal on August 19, 2002. On August 27, 2002, the bill of cost was denied without prejudice to renewal. A Mandate entered on October 6, 2003, affirming the judgment. Defendants filed a Renewed Motion for Costs on September 8, 2003 requesting that costs be awarded for fees of the court reporter totaling $1,602.00.

Defendants are entitled to costs for an original and one copy of a transcript and any court reporter attendance fees, to be taxed at the prevailing page rate pursuant to Local Rule 80. Pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures", maximum transcript rates for an original and one copy are $3.75 per page. Postage and handling and charges for delivery of transcripts are not recoverable as costs, Wahl v Carrier Mfg. Co., Inc. 511 F.2d 209, 217 (7th Cir.,1975). Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment, or in support of a successful motion for summary judgment pursuant

1

to Local Rule 54(c)2(ii).

Defendants submitted claims for the transcript costs for six depositions, all of which were used in their motion for summary judgment. Therefore, the claim for court reporter's fees is allowed in the amount of $1,602.00.

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated in New Haven, Connecticut, this 30th day of December, 2003.

                                          KEVIN F. ROWE, CLERK

                                          BY:
                                              Lori Inferrera
                                              Deputy-in-Charge