UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 30  2:23 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

PAUL LAMSON, ET AL          :

    v.                      :    NO. 3:00CV1274(EBB)

RICHARD BLUMENTHAL, ET AL   :

O R D E R

The $500 bond posted by plaintiffs as security for costs in this action is forfeited and shall be paid to defendants as partial satisfaction of the costs awarded defendants.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 30rd day of December, 2003.

AO 72A
(Rev.8/82)